**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re:                                        Case No. 18-00380-RNO

ROBERT LOUIS SQUIRES JR.
JODY R. SQUIRES                        Chapter 7

_____

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that Jennifer D. Gould, Esquire of Stark & Stark, A

Professional Corporation hereby enters her appearance on behalf of Steward Financial Services,

a creditor and part-in-interest in the above bankruptcy case, pursuant to Bankruptcy Rule

9010(b), and requests copies of all notices and pleadings filed in this case or proceedings therein,

including notices provided pursuant to Bankruptcy Rule 2002(a), (b) and (f).

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes copies of all

notices, motions, complaints, answers, applications and orders, whether formal or informal,

written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telefax,

telecopy or otherwise with regard to the above case and proceedings thereon.  All such notices

and pleadings should be sent to the following at the address below:

Jennifer D. Gould, Esquire
Stark & Stark
A Professional Corporation
993 Lenox Drive, Bldg. 2
Lawrenceville, NJ  08648-2389
Telephone:  (609) 896-9060
Facsimile:  (609) 896-0629
E-mail: jgould@stark-stark.com

STARK & STARK, P.C.


By: /s/ Jennifer D. Gould
        Jennifer D. Gould, Esquire 034681997
        993 Lenox Drive, Bldg. 2
        Lawrenceville, NJ 08648-2389
        (609) 896-9060
        E-mail: jgould@stark-stark.com

Dated: February 13, 2018        Attorneys for Steward Financial Services

Case 5:18-bk-00380-RNO   Doc 12   Filed 02/13/18   Entered 02/13/18 09:22:55   Desc
4817-3506-0317 v. 1
Main Document   Page 2 of 2