UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| Robert L. Squires, Jr. a/k/a Robert L. Squares, Jr. & Jody R. Squires | : : | |
| Debtor. | : | Case No.: 5:18-bk-0830 |

| | |
|---|---|
| Robert L. Squires, Jr. a/k/a Robert L. Squares, Jr. & Jody R. Squires | : : |
| Movant, | : |
| | : |
| v. | : |
| | : |
| United States Internal Revenue Service | : |
| Respondent. | : |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

Robert L. Squires, Jr. a/k/a Robert L. Squares, Jr. & Jody L. Squires have filed a Motion to Avoid Lien with the court for *the purposes of avoiding a lien by United States Internal Revenue Service.*

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 03/22/2018 you or your attorney must do all of the following:

   (a) file an answer explaining your position at:

   > 274 Max Rosenn U.S. Courthouse
   > 197 South Main Street
   > Wilkes-Barre, PA 18701

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:

Jason M. Rapa, Esquire
141 S. 1st Street
Lehighton, PA 18235
610-377-7730
610-377-7731 – f

2. If you or your attorney file and serve an objection/response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

Date: 03/01/2018