UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
|    Robert L. Squires, Jr. a/k/a Robert | : | |
|    L. Squares & Jody R. Squires | : | |
|        Debtors. | : | Case No.: 18-00380 |

| | |
|---|---|
| Robert L. Squires, Jr. a/k/a Robert L. | : |
| Squares, Jr. & Jody R. Squires, | : |
|       Objectors, | : |
| | : |
|      v. | : |
| | : |
| Pennsylvania Department of Revenue | : |
|       Respondent. | : |

ORDER

AND NOW, upon consideration of the Motion to Avoid Lien;
IT IS HEREBY ORDERED, that the lien against 21 W. Mud Run Road Albrightsville, PA 18210 and Robert L Squires, Jr. a/k/a Robert L. Squares, Jr. & Jody R. Squires held by Commonwealth of Pennsylvania Department of Revenue at Carbon County Docket Number 13-1536 in the amount of $1,855/82 shall be and hereby is avoided.

IT IS FURTHER ORDERED that the Pennsylvania Department of Revenue shall file any and all appropriate paperwork with the Prothonotary of Carbon County Courthouse to mark said lien satisfied.