UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 7
    Robert L. Squires, Jr. a/k/a Robert :
    L. Squares & Jody R. Squires :
        Debtors. : Case No.: 18-00380

---

Robert L. Squires, Jr. a/k/a Robert L. :
Squares, Jr. & Jody R. Squires, :
        Objectors, :
 :
v. :
 :
United States Internal Revenue Service :
        Respondent. :

ORDER

AND NOW, upon consideration of the Motion to Avoid Lien;

IT IS HEREBY ORDERED, that the lien against 21 W. Mud Run Road Albrightsville, PA 18210 and Robert L Squires, Jr. a/k/a Robert L. Squares, Jr. & Jody R. Squires held by United States Internal Revenue Service at Carbon County Court of Common Pleas Docket Number 16-0312 in the amount of $31,170.36 shall be and hereby is avoided.

IT IS FURTHER ORDERED that United States Internal Revenue Service shall file any and all appropriate paperwork with the Prothonotary of Carbon County Courthouse to mark said lien satisfied.