```
United States Bankruptcy Court
   Middle District of Pennsylvania
```

In re:                                                        Case No. 18-00380-RNO
Robert Louis Squires, Jr.                                     Chapter 7
Jody R. Squires
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: CGambini        Page 1 of 1         Date Rcvd: Mar 28, 2018
                         Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              E-mail/Text: cio.bncmail@irs.gov Mar 28 2018 18:56:06     US-IRS,   PO Box 145595, Cincinnati, OH 45205
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
              Jason M Rapa    on behalf of Debtor 2 Jody R. Squires jrapa@rapalegal.com, ssprouse@rapalegal.com;mhine@rapalegal.com
              Jason M Rapa    on behalf of Debtor 1 Robert Louis Squires, Jr. jrapa@rapalegal.com, ssprouse@rapalegal.com;mhine@rapalegal.com
              Jennifer D Gould    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com, mdepietro@stark-stark.com;lsciscio@stark-stark.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab (Trustee)    schwab@uslawcenter.com, wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 7
    Robert L. Squires, Jr. a/k/a Robert :
    L. Squares & Jody R. Squires :
        Debtors. : Case No.: 18-00380

---

Robert L. Squires, Jr. a/k/a Robert L. :
Squares, Jr. & Jody R. Squires, :
        Objectors, :
        :
        v. :
        :
United States Internal Revenue Service :
        Respondent. :

## ORDER

AND NOW, upon consideration of the Motion to Avoid Lien;

IT IS HEREBY ORDERED, that the lien against 21 W. Mud Run Road Albrightsville, PA 18210 and Robert L Squires, Jr. a/k/a Robert L. Squares, Jr. & Jody R. Squires held by United States Internal Revenue Service at Carbon County Court of Common Pleas Docket Number 16-0312 in the amount of $31,170.36 shall be and hereby is avoided.

IT IS FURTHER ORDERED that United States Internal Revenue Service shall file any and all appropriate paperwork with the Prothonotary of Carbon County Courthouse to mark said lien satisfied.

Dated: March 28, 2018      By the Court,

_Robert N. Opel II_
Robert N. Opel, II, Chief Bankruptcy Judge (DG)