In re:
Robert Louis Squires, Jr.
Jody R. Squires
        Debtors

Case No. 18-00380-RNO
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0314-5      User: CGambini      Page 1 of 1      Date Rcvd: Mar 28, 2018
                      Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2018.
       +Commonwealth of PA,    Dept of Revenue,    PO Box 280948,    Harrisburg, PA 17128-0948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2018 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         bkgroup@kmllawgroup.com
        Jason M Rapa    on behalf of Debtor 2 Jody R. Squires jrapa@rapalegal.com,
         ssprouse@rapalegal.com;mhine@rapalegal.com
        Jason M Rapa    on behalf of Debtor 1 Robert Louis Squires, Jr. jrapa@rapalegal.com,
         ssprouse@rapalegal.com;mhine@rapalegal.com
        Jennifer D Gould    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com,
         mdepietro@stark-stark.com;lsciscio@stark-stark.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        William G Schwab (Trustee)    schwab@uslawcenter.com,
         wschwab@iq7technology.com;ecf@uslawcenter.com
                                                            TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                     :        Chapter 7
    Robert L. Squires, Jr. a/k/a Robert    :
    L. Squares & Jody R. Squires          :
         Debtors.                 :        Case No.:  18-00380

---

Robert L. Squires, Jr. a/k/a Robert L.     :
Squares, Jr. & Jody R. Squires,            :
         Objectors,               :
                                  :
       v.                              :
                                  :
Pennsylvania Department of Revenue         :
         Respondent.              :

## ORDER

    AND NOW, upon consideration of the Motion to Avoid Lien;

    IT IS HEREBY ORDERED, that the lien against 21 W. Mud Run Road Albrightsville, PA 18210 and Robert L Squires, Jr. a/k/a Robert L. Squares, Jr. & Jody R. Squires held by Commonwealth of Pennsylvania Department of Revenue at Carbon County Docket Number 13-1536 in the amount of $1,855/82 shall be and hereby is avoided.

    IT IS FURTHER ORDERED that the Pennsylvania Department of Revenue shall file any and all appropriate paperwork with the Prothonotary of Carbon County Courthouse to mark said lien satisfied.

Dated:  March 28, 2018                     By the Court,

 

_____

Robert N. Opel, II, Chief Bankruptcy Judge (DG)