```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                                  Case No. 18-00380-RNO
Robert Louis Squires, Jr.                                                               Chapter 7
Jody R. Squires
         Debtors                              CERTIFICATE OF NOTICE
District/off: 0314-5           User: CGambini                Page 1 of 3                Date Rcvd: Oct 16, 2018
                               Form ID: 318                  Total Noticed: 69
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
```
db/jdb         +Robert Louis Squires, Jr.,    Jody R. Squires,    P.O. Box 2171,    Albrightsville, PA 18210-2171
cr             +Steward Financial Services,    c/o Jennifer Gould/Stark & Stark,    993 Lenox Drive,    Bldg. 2,
                 Lawrenceville, NJ 08648-2316
5017698        +Andrew Smith, MD,    525 Iron St.,    STE B,    Lehighton, PA 18235-1949
5017700        +Apex Asset,    1286 Carmichael Way,    Montgomery, AL 36106-3645
5017699        +Apex Asset,    Po Box 7144,    Lancaster, PA 17604-7144
5017704        +Artun Aksade, MD,    205 S 22nd St,    Easton, PA 18042-3810
5017706        +Best Buy/CBNA,    PO BOX 6497,    Sioux Falls, SD 57117-6497
5017707        +Blue Mountain Health,    135 Lafayette Ave,    Palmerton, PA 18071-1518
5017722        +Blue Mountain Hospital,    211 N 12th St,    Lehighton, PA 18235-1138
5017727        +Broad Mountain Emerg Phys, PLLC,    PO Box 37956,    Philadelphia, PA 19101-0556
5017728        +Bryn Mawr Hospital,    130 S Bryn Mawr Ave,    Bryn Mawr, PA 19010-3143
5017729        +Bureau of Account Management,    3607 Rosemont Ave,    Camp Hill, PA 17011-6904
5017734        +CMS Medicale Care Corporation,    PO Box 281,    Jim Thorpe, PA 18229-0281
5017736       ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                (address filed with court: Collection Service Center,     250 Mt. Lebanon Blvd Ste 420,
                 West Mifflin, PA 15122)
5017738        +Commonwealth Finance,    245 Main St.,    Scranton, PA 18519-1641
5017741        +David Freilich, DMD,    429 N. Springfield Rd,    Clifton Heights, PA 19018-1114
5017742       #+Eastern Revenue Inc,    998 Old Eagle Schoold Rd,    Wayne, PA 19087-1805
5017758        +Financial Recoveries,    200 East Park Dr Ste 100,    PO Box 1388,    Mount Laurel, NJ 08054-7388
5017759        +Foundation Radiology Group,    401 Liberty Ave, 20th floor,    Pittsburgh, PA 15222-1000
5017760        +GE Capital Retail,    401 N Broad St,    Philadelphia, PA 19108-1001
5017762        +ISL ltd. Psychiatric Services,    800 Mahoning ST,    STE c,    Lehighton, PA 18235-1246
5017764        +Jeffrey Friedman, MD,    414 Paoli Pike,    Malvern, PA 19355-3311
5017766        +Joseph Richard, MD,    414 Paoli Pike,    Malvern, PA 19355-3311
5017767        +Laboratory Medicine Associates,    360 W Ruddle St.,    Coaldale, PA 18218-1027
5017768        +Lehigh Magnetic Imaging Center,    1247 S Cedar Crest Blvd,    Allentown, PA 18103-6296
5017769        +Lehigh Valley Endodontics, LLC,    1651 N Cedar Crest Blvd #209,    Allentown, PA 18104-2316
5017770        +Leonard Geiger, MD,    250 W. Lancaster AVe,    Ste 250,    Paoli, PA 19301-1774
5017771        +Mainline Health Imaging,    130 S Bryn Mawr Ave,    Bryn Mawr, PA 19010-3121
5017772         Mark Levy, MD,    Paoli MMB 1,    STE 200,    Paoli, PA 19301
5017773        +Matthew Budway, MD,    1055 Westlakes DR,    STE 300,    Berwyn, PA 19312-2410
5017778        +National Bond and Collections,    150 Welles St.,    Kingston, PA 18704-4966
5017786         Nationstar Mortgage,    PO Box 199111,    Dallas, TX 75219
5017789        +PA Dept of Revenue,    Bureau of Individual Taxes,    PO Box 280504,    Harrisburg, PA 17128-0504
5017790        +Paoli Hospital,    255 W Lancaster Ave,    Paoli, PA 19301-1793
5017792        +Professional Anesthesia Services,    7918 MAIN ST,    STE 204,    Fogelsville, PA 18051-9851
5017793        +R. F. Ohl,    400 Interchange Rd,    Lehighton, PA 18235-9368
5017794       ++REMIT CORPORATION,    P O BOX 7,    BLOOMSBURG PA 17815-0007
                (address filed with court: Remit Corporation,     PO Box 7,    Bloomsburg, PA 17815)
5017796        +Scott Rosen, MD,    135 Lafayette Ave,,    Palmerton, PA 18071-1518
5017798        +Shahzad A Kahn, MD,    525 Iron ST,    STE B,    Lehighton, PA 18235-1949
5017799        +St. Luke's Hosptial,    PO Box 8500,    Philadelphia, PA 19178-8500
5017800        +Steward Financial Group,    PO Box 39,    Maple Shade, NJ 08052-0039
5017808        +Vitaly Sawyna, MD,    2224 W Liberty St,    Allentown, PA 18104-4324
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +E-mail/Text: wschwab@iq7technology.com Oct 16 2018 19:03:57      William G Schwab (Trustee),
                 William G Schwab and Associates,    811 Blakeslee Blvd Drive East,    PO Box 56,
                 Lehighton, PA 18235-0056
5017697         E-mail/Text: ebn@americollect.com Oct 16 2018 19:03:44      Americollect,    PO Box 1566,
                 Manitowoc, WI 54221
5017705        +E-mail/Text: EBN_Greensburg@Receivemorermp.com Oct 16 2018 19:04:02
                 Berks Credit & Collection,    900 Corporate Drive,    Reading, PA 19605-3340
5017733         E-mail/Text: bankruptcy@cavps.com Oct 16 2018 19:03:47      Cavalry Portfolio Services,
                 PO Box 27288,    Tempe, AZ 85285
5017730        +EDI: CAPITALONE.COM Oct 16 2018 23:04:00      Capital One Bank,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
5017731        +EDI: CAPITALONE.COM Oct 16 2018 23:04:00      Capital One Bank USA,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
5017737        +EDI: WFNNB.COM Oct 16 2018 23:04:00      Comenity Bank/Ann Taylor,    PO Box 182789,
                 Columbus, OH 43218-2789
5017739        +EDI: CRFRSTNA.COM Oct 16 2018 23:03:00      Credit First National Assoc,    PO Box 81315,
                 Cleveland, OH 44181-0315
5017740        +EDI: CRFRSTNA.COM Oct 16 2018 23:03:00      Credit First National Assoc, Firest,    PO Box 81315,
                 Cleveland, OH 44181-0315
5017761         EDI: IRS.COM Oct 16 2018 23:04:00      IRS,    Department of the Treasury,
                 Internal Revenue Service,    Ogden, UT 84201
5017763         EDI: JEFFERSONCAP.COM Oct 16 2018 23:03:00      Jefferson Capital Systems, LLC,
                 16 McLeland Rd.,    Saint Cloud, MN 56303
5017774        +EDI: MID8.COM Oct 16 2018 23:04:00      Midland Funding,    2365 Northside Drive,
                 San Diego, CA 92108-2709
```

```
District/off: 0314-5          User: CGambini            Page 2 of 3              Date Rcvd: Oct 16, 2018
                              Form ID: 318              Total Noticed: 69
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
5017779        +E-mail/Text: Bankruptcies@nragroup.com Oct 16 2018 19:04:00      National Recovery Agency,
                 PO Box 67015,    Harrisburg, PA 17106-7015
5017791         EDI: PRA.COM Oct 16 2018 23:03:00      Portfolio Recovery Associates,    PO Box 12914,
                 Norfolk, VA 23541
5018563        +EDI: PRA.COM Oct 16 2018 23:03:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5029429         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 16 2018 19:03:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.   17128-0946
5017801        +EDI: RMSC.COM Oct 16 2018 23:04:00      SYNCB/Amazon,   PO Box 965015,   Orlando, FL 32896-5015
5017803        +EDI: RMSC.COM Oct 16 2018 23:04:00      SYNCB/Care Credit,   PO Box 965036,
                 Orlando, FL 32896-5036
5017804        +EDI: RMSC.COM Oct 16 2018 23:04:00      SYNCB/Paypal,   PO Box 965005,   Orlando, FL 32896-5005
5017805        +EDI: RMSC.COM Oct 16 2018 23:04:00      SYNCB/WalMart,   PO Box 965024,   Orlando, FL 32896-5024
5017795        +E-mail/Text: bankruptcy@savit.com Oct 16 2018 19:03:58       Savit Collection Agency,
                 PO Box 250,    East Brunswick, NJ 08816-0250
5017797        +EDI: SEARS.COM Oct 16 2018 23:04:00      Sears/CBNA,   PO Box 6282,   Sioux Falls, SD 57117-6282
5017806        +EDI: RMSC.COM Oct 16 2018 23:04:00      Synchrony Bank,   PO Box 960061,
                 Orlando, FL 32896-0061
5017807        +EDI: WTRRNBANK.COM Oct 16 2018 23:04:00      TD Bank USA/Target,   PO Box 673,
                 Minneapolis, MN 55440-0673
5017812        +EDI: BLUESTEM Oct 16 2018 23:05:00      WebBank/Fingerhut,   6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
5017813        +EDI: BLUESTEM Oct 16 2018 23:05:00      Webbank/Gettington,   6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
5017814        +EDI: WFFC.COM Oct 16 2018 23:04:00      Wells Fargo Dealer Services,    PO Box 1697,
                 Winterville, NC 28590-1697
                                                                                               TOTAL: 27

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5017765          JH Portfolio Debt Equities, LLC,    5757 Phantom Drive,    STE 225
5017787          Neurology Consultants
cr*             +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5017702*        +Apex Asset,   1286 Carmichael Way,    Montgomery, AL 36106-3645
5017703*        +Apex Asset,   1286 Carmichael Way,    Montgomery, AL 36106-3645
5017701*        +Apex Asset,   1286 Carmichael Way,    Montgomery, AL 36106-3645
5017708*        +Blue Mountain Health,   135 Lafayette Ave,    Palmerton, PA 18071-1518
5017709*        +Blue Mountain Health,   135 Lafayette Ave,    Palmerton, PA 18071-1518
5017710*        +Blue Mountain Health,   135 Lafayette Ave,    Palmerton, PA 18071-1518
5017711*        +Blue Mountain Health,   135 Lafayette Ave,    Palmerton, PA 18071-1518
5017712*        +Blue Mountain Health,   135 Lafayette Ave,    Palmerton, PA 18071-1518
5017713*        +Blue Mountain Health,   135 Lafayette Ave,    Palmerton, PA 18071-1518
5017714*        +Blue Mountain Health,   135 Lafayette Ave,    Palmerton, PA 18071-1518
5017715*        +Blue Mountain Health,   135 Lafayette Ave,    Palmerton, PA 18071-1518
5017716*        +Blue Mountain Health,   135 Lafayette Ave,    Palmerton, PA 18071-1518
5017717*        +Blue Mountain Health,   135 Lafayette Ave,    Palmerton, PA 18071-1518
5017718*        +Blue Mountain Health,   135 Lafayette Ave,    Palmerton, PA 18071-1518
5017719*        +Blue Mountain Health,   135 Lafayette Ave,    Palmerton, PA 18071-1518
5017720*        +Blue Mountain Health,   135 Lafayette Ave,    Palmerton, PA 18071-1518
5017721*        +Blue Mountain Health,   135 Lafayette Ave,    Palmerton, PA 18071-1518
5017723*        +Blue Mountain Hospital,    211 N 12th St,   Lehighton, PA 18235-1138
5017724*        +Blue Mountain Hospital,    211 N 12th St,   Lehighton, PA 18235-1138
5017725*        +Blue Mountain Hospital,    211 N 12th St,   Lehighton, PA 18235-1138
5017726*        +Blue Mountain Hospital,    211 N 12th St,   Lehighton, PA 18235-1138
5017735*        +CMS Medicale Care Corporation,    PO Box 281,   Jim Thorpe, PA 18229-0281
5017732*        +Capital One Bank USA,    PO Box 30281,   Salt Lake City, UT 84130-0281
5017743*        +Eastern Revenue Inc,    998 Old Eagle Schoold Rd,    Wayne, PA 19087-1805
5017744*        +Eastern Revenue Inc,    998 Old Eagle Schoold Rd,    Wayne, PA 19087-1805
5017745*        +Eastern Revenue Inc,    998 Old Eagle Schoold Rd,    Wayne, PA 19087-1805
5017746*        +Eastern Revenue Inc,    998 Old Eagle Schoold Rd,    Wayne, PA 19087-1805
5017747*        +Eastern Revenue Inc,    998 Old Eagle Schoold Rd,    Wayne, PA 19087-1805
5017748*        +Eastern Revenue Inc,    998 Old Eagle Schoold Rd,    Wayne, PA 19087-1805
5017749*        +Eastern Revenue Inc,    998 Old Eagle Schoold Rd,    Wayne, PA 19087-1805
5017750*        +Eastern Revenue Inc,    998 Old Eagle Schoold Rd,    Wayne, PA 19087-1805
5017751*        +Eastern Revenue Inc,    998 Old Eagle Schoold Rd,    Wayne, PA 19087-1805
5017752*        +Eastern Revenue Inc,    998 Old Eagle Schoold Rd,    Wayne, PA 19087-1805
5017753*        +Eastern Revenue Inc,    998 Old Eagle Schoold Rd,    Wayne, PA 19087-1805
5017754*        +Eastern Revenue Inc,    998 Old Eagle Schoold Rd,    Wayne, PA 19087-1805
5017755*        +Eastern Revenue Inc,    998 Old Eagle Schoold Rd,    Wayne, PA 19087-1805
5017756*        +Eastern Revenue Inc,    998 Old Eagle Schoold Rd,    Wayne, PA 19087-1805
5017757*        +Eastern Revenue Inc,    998 Old Eagle Schoold Rd,    Wayne, PA 19087-1805
5017775*        +Midland Funding,    2365 Northside Drive,    San Diego, CA 92108-2709
5017776*        +Midland Funding,    2365 Northside Drive,    San Diego, CA 92108-2709
5017777*        +Midland Funding,    2365 Northside Drive,    San Diego, CA 92108-2709
5017780*        +National Recovery Agency,    PO Box 67015,   Harrisburg, PA 17106-7015
5017781*        +National Recovery Agency,    PO Box 67015,   Harrisburg, PA 17106-7015
5017782*        +National Recovery Agency,    PO Box 67015,   Harrisburg, PA 17106-7015
5017783*        +National Recovery Agency,    PO Box 67015,   Harrisburg, PA 17106-7015
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
5017784*        +National Recovery Agency,    PO Box 67015,    Harrisburg, PA 17106-7015
5017785*        +National Recovery Agency,    PO Box 67015,    Harrisburg, PA 17106-7015
5017802*        +SYNCB/Amazon,    PO Box 965015,    Orlando, FL 32896-5015
5017809*        +Vitaly Sawyna, MD,    2224 W Liberty St,    Allentown, PA 18104-4324
5017810*        +Vitaly Sawyna, MD,    2224 W Liberty St,    Allentown, PA 18104-4324
5017811*        +Vitaly Sawyna, MD,    2224 W Liberty St,    Allentown, PA 18104-4324
5017788       ##+Northwest Consumer Discover,    4732 Penn Ave,    Reading, PA 19608-9672
                                                                                               TOTALS: 2, * 52, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Jason M Rapa    on behalf of Debtor 2 Jody R. Squires jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
              Jason M Rapa    on behalf of Debtor 1 Robert Louis Squires, Jr. jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
              Jennifer D Gould    on behalf of Creditor   Steward Financial Services jgould@stark-stark.com,
               mdepietro@stark-stark.com;lsciscio@stark-stark.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                             TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Robert Louis Squires Jr.** | Social Security number or ITIN **xxx–xx–8914** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jody R. Squires** | Social Security number or ITIN **xxx–xx–9150** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Middle District of Pennsylvania** | | |
| Case number: **5:18–bk–00380–RNO** | | |

## Order of Discharge                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert Louis Squires Jr.                                  Jody R. Squires
aka Robert L. Squares Jr.

**By the court:**

October 16, 2018

*Robt N. Opel II* (signature)

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: CGambini, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                           **Order of Discharge**                                        page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2